## 16285.   HART v. THE STATE.

BROYLES, C. J. The verdict was demanded by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment refusing a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 27, 1925.

Conviction of possessing intoxicating liquor; from Fulton superior court—Judge E. D. Thomas. January 10, 1925.

*J. Walter LeCraw,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.